**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| JOSEPH ARNOLD GIBSON, JR.,<br><br>                    Plaintiff,<br><br>      v.<br><br>TELECARE CORPORATION,<br><br><br>                    Defendant. | Case No. SACV 25-2222-WLH (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMNEDATIONS OF**<br><br>**UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein, the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court accepts the findings and recommendations set forth in the Report.

**IT IS ORDERED** that (1) Plaintiff's request for entry of default and motion for default judgment is denied without prejudice; and (2) the Clerk of the Court is directed to correct

the Court's docket to reflect that "Telecare Corporation," and not "Telecare TAO Central,"  is the one Defendant in this case.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff.

DATED: April 29, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2