UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV 25-2222-WLH (AS) | Date | October 5, 2026 |
| Title | Joseph Arnold Gibson v. Telecare Corporation | | |

| | |
|---|---|
| Present: The Honorable | Alka Sagar, United States Magistrate Judge |

| | |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE**

On October 2, 2025, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983 against the Telecare Corporation for violations of Plaintiff's constitutional rights to due process and equal protection as well as his rights under the Americans with Disabilities Act and the Fair Housing Act. (Dkt. No. 1). On October 30, 2025, the Court issued an Order Re Civil Rights Case, an Order Re Service of Process, and an Order Directing Service of Process by the United States Marshal, along with a summons as to Defendant Telecare Corporation. (Dkt. Nos. 11-14). Plaintiff was provided these orders along with one blank Process Receipt and Return for ("USM285 form"), which Plaintiff was required to fill out setting forth a name and address where Defendant Telecare Corporation could be served, and directed to return the completed USM285 form together with a Notice of Submission of Documents to the Court Clerk for Forwarding to United States Marshal ("Notice of Submission") to the Court. (Dkt. No. 15). However, Plaintiff filed filed a notice of submission along with a First Amended Complaint that sued a different defendant rather than Telecare Corporation, (Dkt. Nos. 16-17). These filings caused multiple incorrect entries on the Court's docket which were then corrected to reflect that the complaint filed on October 2, 2025, remained the operative complaint in this action and Plaintiff was authorized to serve Telecare Corporation, the only defendant named in the complaint.

On April 29, 2026, the Court issued an Order accepting the Report and Recommendation of United States Magistrate Judge, denying Plaintiff's request for entry of default against Telecare TAO Central and Telecare Corporation. (Dkt. Nos. 20, 28).

To date, Plaintiff has failed to provide the completed USM285 form and Notice of Submission for Defendant Telecare Corporation, seek an extension of time to do so, or otherwise communicate with the Court. Accordingly Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than November 6, 2026**, why this action should not be dismissed for Plaintiff's failure to comply with the Court's Order, failure to provide accurate and sufficient information to effect service of the summons and Complaint upon Defendant Telecare Corporation, and/or failure to prosecute.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV 25-2222-WLH (AS) | Date | October 5, 2026 |
| Title | Joseph Arnold Gibson v. Telecare Corporation | | |

If Plaintiff no longer wishes to pursue thsi action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

**IT IS SO ORDERED.**

0 : 00

Initials of Preparer AF